FILED: 3/9/2017 4:04:49 PM
SHERRI ADELSTEIN
Denton County District Clerk
By: Kelly Smith, Deputy

**Cause No.** 17-2001-158

| | | |
|---|---|---|
| **LAURA NEWSOM,** | § | **IN THE DISTRICT COURT** |
| ***Plaintiff,*** | § | |
| | § | |
| **VS.** | § | ______ **JUDICIAL DISTRICT** |
| | § | |
| **KROGER TEXAS LP,** | § | |
| ***Defendant.*** | § | **DENTON COUNTY, TEXAS** |

**PLAINTIFF'S ORIGINAL PETITION WITH REQUEST FOR DISCOVERY TO DEFENDANT, KROGER TEXAS LP, CONSISTING OF: REQUEST FOR DISCLOSURES AND REQUEST FOR PRODUCTION**

TO THE HONORABLE COURT:

NOW COMES, Plaintiff, **Laura Newsom**, complaining of Defendant, **Kroger Texas L.P.**, and for a cause of action would show the following unto this Honorable Court and Jury as follows:

## I. DISCOVERY CONTROL PLAN

1. Plaintiffs would should that this Honorable Court that a Level 3 Discovery Control Plan is sufficient for this cause of action.

## II. PARTIES

2. Plaintiff, **Laura Newsom,** is a natural person residing Travis County, Texas whose Social Security Number is ***-**-*540 and whose Texas Driver's License Number is *****441.

3. Defendant, **Kroger Texas LP,** is Limited Partnership doing business in Texas and may be served with process by serving it's registered agent, **Corporation Service Company d/b/a CSC-Lawyers Incorporating Service Company, at 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.**

## III. VENUE AND JURISDICTION

4. Venue is proper in Denton County, Texas pursuant to § 15.002 *et. seq.* Of the Texas Civil Practices & Remedies Code since all or part of the cause of action accrued in Denton County, Texas. Furthermore, this Court has jurisdiction over this lawsuit as the amount sought herein are within the jurisdiction limits of this Court. While the amounts of damages to be awarded will be the decision made by a jury of the Plaintiff's peers, to comply with T.R.C.P. 47, as revised, Plaintiff states that she is seeking damages pursuant to Rule 47(3).

## IV. STATEMENT OF FACTS

5. On or about April 25th, 2015, Plaintiff, **Laura Newsom**, was a customer on the premises of Defendant, **Kroger Texas LP,** located at 2709 Cross Timbers, Flower Mound Texas 75028 for the purpose of picking up an order for a corsage for a high school prom from the floral department. While on the premises, Plaintiff was greeted by an employee and directed to the counter when she slipped and fell on a liquid puddle on the floor. As a result of the negligence of Defendant in failing to keep the floor of the premises clean and clear of hazards, Plaintiff fell resulting in serious injuries to her left leg. The Defendant, and/or its agents, servants, and employees, acting in the course and scope of their employment, were the proximate cause of damages and injuries sustained by Plaintiff which will be set out for fully hereinafter. Defendant, knew, or, in exercise of ordinary care, should have known the hazard on the premises existed.

## V. NEGLIGENCE OF DEFENDANT, KROGER TEXAS LP

6. On the occasion in question, Defendant, **Kroger Texas, LP**, and/or its agents, servants, and employees, acting in the course and scope of their employment, were guilty of one or more

or all of the following acts of negligence, which caused or contributed to the cause of the occurrence in question and the injuries and damages sustained by Plaintiff, **Laura Newsom**:

a. Failure to properly and adequately clean the floor of said premises where Plaintiff slipped and fell;
b. Failing to properly inspect and maintain the flooring area in question to discover the dangerous condition;
c. Failing to give adequate and understandable warnings to the Plaintiff of the unsafe condition of the flooring area;
d. Failing to instruct it's employees in the proper maintenance of the floor of said premises;
e. Failing to instruct its employees in the proper intervals in which to inspect the floor of said premises;
f. Failing to instruct its employees in the proper methods of cleaning the floor of said premises;
g. Failing to discover and remove the dangerous substance that caused the slip and fall;
h. Failure to cure an unreasonably dangerous condition on it's premises , which were under their management and control;
i. Failing to discover and remove the dangerous substance within a reasonable time;
j. Failure to block off or guard the area so as to prevent persons from using the area;
k. Failure to exercise reasonable care, diligence, and prudence so as to protect the safety of the persons on the premises; and
l. In the other respects which may be set out more fully in later amended pleadings.

7. Each of the foregoing acts or omissions by Defendant, **Kroger Texas LP**, whether taken singularly or combined was the proximate cause of Plaintiff's injuries and damages as more fully set out below.

## VI. DAMAGES SUFFERED BY LAURA NEWSOM

8. Plaintiff will show, that as a direct and proximate result of the negligence of the Defendant, **Kroger Texas LP,** Plaintiff sustained severe injuries to her left knee and left leg as a result of the incident made the basis of this lawsuit. Plaintiff, **Laura Newsom,** required medical care and treatment and has incurred reasonable and necessary medical expenses in the care and

treatment of her injuries in the past and she will, in all reasonable probability, continue to incur reasonable and necessary medical expenses in the treatment of her injuries in the future; she has experienced pain and suffering, mental anguish and emotional trauma in the past and she will, in all reasonable probability, continue to experienced pain and suffering and, mental anguish and emotional trauma in the future; she has become physically impaired and such impairment will, in all reasonable probability, remain with her for the rest of her life; she has become disabled and such disability will in all reasonable probability remain with her for the rest of her life; which will hereinafter be more fully set forth.

9. Pleading further, if it be shown that the Plaintiff was suffering from a previous injury, condition and/or disease at the time of the event in question, then such injury, condition and/or disease was aggravated as a proximate result of this occurrence.

## X. FOR THE ATTENTION OF THE COURT AND DEFENDANT ONLY

10. Served with the Plaintiff's Original Petition was Plaintiff's First Set of Discovery to the Defendant, said discovery including Request for Disclosure and Request for Production to Defendant, **Kroger Texas LP**. It is Plaintiff's position that this notice is sufficient to put Defendant and Defendant's counsel, if any, on notice of any and all discovery deadlines applicable to the attached discovery requests. Plaintiff would further instruct Defendant and Defendant's counsel that they intend to file a motion to compel if said discovery is not timely answered in accordance with Texas Rules of Civil Procedure.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that Defendant be cited to appear and answer herein, and that upon a final hearing of the cause, judgment be

entered for the Plaintiff against the Defendant for damages in the amount within the jurisdiction limits of the Court; together with pre-judgment interest (from the date of the injury through the date of the judgment) at the maximum rate allowed by law; post judgment interest at the legal rate, costs of court; and such other and further relief of which Plaintiffs may be entitled at law or equity.

Respectfully Submitted,

COBY L. WOOTEN
State Bar No. 00797742
1301 Ballinger, Suite 100
Fort Worth, Texas 76102
Telephone: (817) 632-8400
Facsimile: (817) 529-2629
coby@cobywootenlaw.com

ATTORNEY FOR PLAINTIFF

**PLAINTIFF HEREBY DEMANDS TRIAL BY JURY**

**Attached to Plaintiff's Original Petition:**

Plaintiff's Request for Discovery to Defendant Consisting of:
Plaintiff's Request for Disclosures to Defendant, **Kroger Texas, LP,**
Plaintiff's Request for Production to Defendant, **Kroger Texas, LP;**