IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| LAURA NEWSOM, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:17-cv-275 |
| | § | |
| KROGER TEXAS L.P., | § | |
| Defendant. | § | |

**PLAINTIFF'S FIRST AMENDED COMPLAINT**

**A. PARTIES**

1. Petitioner, Laura Newsom, is an individual who is a citizen of the State of Texas. On March 9, 2017, Plaintiff sued Defendant Kroger Texas L.P. for negligence in the 158th Judicial District Court of the State of Texas in and for Denton County, Texas, styled Laura Newsom Vs. Kroger Texas, LP, in Cause No. 17-2001-158.

2. Defendant is a limited partnership company doing business within the State of Texas who was served with Plaintiff's Original Petition on March 30, 2017, and who filed an Answer to Plaintiff's Original Petition in the 158th District Court of Denton County, Texas on April 19, 2017.

3. Defendant Kroger Texas LP filed a Notice of Removal to Federal Court on April 20, 2017.

**B. JURISDICTION**

4. This action is a civil action which was removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §1332(a) in that it is a civil action between citizens of states

other than Texas and citizens or subjects of a foreign state, and the matter in controversy exceeds the sum of $75,000 exclusive of interests and costs.

5. Plaintiff is a citizen of Texas who has resided in Denton County, Texas and currently resides in Travis County, Texas.

6. Defendant Kroger Texas, LP, was at the time of filing this cause of action a citizen of Ohio, because it is a limited liability company organized under the laws of Ohio and having its principal place of business in the State of Ohio. Defendant, The Kroger Company d/b/a Kroger Texas, LP which was also registered under the laws of the State of and having its principal place of business in the Ohio. Defendant Kroger Texas, LP is a citizen or Ohio because it is a limited liability company organized under the laws of Ohio and because none of its members are residents of the state of Texas. For purposes of determining diversity of citizenship, a limited liability company is deemed a citizen of the states where its members are citizens. *See Basurto v. Mervyn's LLC,* 2007 SW 390711 at *1(N.D. Tex.2007).

## C. VENUE

7. Venue is proper in this district under 28 U.S.C. §1391(b)(2) because a substantial part of the events or omissions giving rise to this claim occurred in this district. Plaintiff Laura Newsom was injured while shopping on the premises of Defendant, Kroger Texas, LP, Store #456 at location at 2709 Cross Timbers Road, Flower Mound, Texas 75028-2758.

## D. FACTS

8. On or about April 25th, 2015, Plaintiff, **Laura Newsom**, was a customer on the premises of Defendant, **Kroger Texas LP,** located at 2709 Cross Timbers, Flower Mound Texas 75028 for the purpose of picking up an order for a corsage for a high school prom from the floral department. While on the premises, Plaintiff was greeted by an employee and directed to the counter when she slipped and fell on a liquid puddle on the floor. As a result of the negligence of Defendant in failing to keep the floor of the premises clean and clear of hazards, Plaintiff fell resulting in serious injuries to her left leg. The Defendant, and/or its agents, servants, and employees, acting in the course and scope of their employment, were the proximate cause of damages and injuries sustained by Plaintiff which will be set out for fully hereinafter. Defendant, knew, or, in exercise of ordinary care, should have known the hazard on the premises existed.

## V. NEGLIGENCE OF DEFENDANT, KROGER TEXAS LP

9. On the occasion in question, Defendant, **Kroger Texas, LP**, and/or its agents, servants, and employees, acting in the course and scope of their employment, were guilty of one or more or all of the following acts of negligence, which caused or contributed to the cause of the occurrence in question and the injuries and damages sustained by Plaintiff, **Laura Newsom**:

a. Failure to properly and adequately clean the floor of said premises where Plaintiff slipped and fell;
b. Failing to properly inspect and maintain the flooring area in question to discover the dangerous condition;

c. Failing to give adequate and understandable warnings to the Plaintiff of the unsafe condition of the flooring area;
d. Failing to instruct it's employees in the proper maintenance of the floor of said premises;
e. Failing to instruct its employees in the proper intervals in which to inspect the floor of said premises;
f. Failing to instruct its employees in the proper methods of cleaning the floor of said premises;
g. Failing to discover and remove the dangerous substance that caused the slip and fall;
h. Failure to cure an unreasonably dangerous condition on it's premises , which were under their management and control;
i. Failing to discover and remove the dangerous substance within a reasonable time;
j. Failure to block off or guard the area so as to prevent persons from using the area;
k. Failure to exercise reasonable care, diligence, and prudence so as to protect the safety of the persons on the premises; and
l. In the other respects which may be set out more fully in later amended pleadings.

10. Each of the foregoing acts or omissions by Defendant, **Kroger Texas LP**, whether taken singularly or combined was the proximate cause of Plaintiff's injuries and damages as more fully set out below.

## VI. DAMAGES SUFFERED BY LAURA NEWSOM

11. Plaintiff will show, that as a direct and proximate result of the negligence of the Defendant, **Kroger Texas LP,** Plaintiff sustained severe injuries to her left knee and left leg as a result of the incident made the basis of this lawsuit. Plaintiff, **Laura Newsom**, required medical care and treatment and has incurred reasonable and necessary medical expenses in the care and treatment of her injuries in the past and she will, in all reasonable probability, continue to incur reasonable and necessary medical expenses in

the treatment of her injuries in the future; she has experienced pain and suffering, mental anguish and emotional trauma in the past and she will, in all reasonable probability, continue to experienced pain and suffering and, mental anguish and emotional trauma in the future; she has become physically impaired and such impairment will, in all reasonable probability, remain with her for the rest of her life; she has become disabled and such disability will in all reasonable probability remain with her for the rest of her life; which will hereinafter be more fully set forth.

12. Pleading further, if it be shown that the Plaintiff was suffering from a previous injury, condition and/or disease at the time of the event in question, then such injury, condition and/or disease was aggravated as a proximate result of this occurrence.

**H. Unliquidated Damages - Past and Future:**

13. As a direct and proximate result of occurrence made the basis of this lawsuit and Defendant's conduct, Plaintiff suffered the following injuries and damages:

(1) Loss of physical capacity other than wage earning capacity in the past;
(2) Loss of physical capacity other than wage earning capacity which in reasonable probability Plaintiff will suffer in the future;
(3) Physical pain and mental anguish in the past;
(4) Physical pain and mental anguish which in reasonable probability Plaintiff will suffer in the future;
(5) Loss of travel expenses commuting to doctors in the past;
(6) Loss of travel expenses commuting to doctors in which reasonable probability Plaintiff will sustain in the future;
(7) Physical impairment in the past;
(8) Physical impairment which in reasonable probability Plaintiff will suffer in the future;

## I. PRAYER

14. For these reasons, Plaintiff asks for judgment against Defendant for the following:

(1) Damages above $75,000.00, the minimum jurisdictional limits of the Court;

(2) Prejudgment and post-judgment interest;

(3) Costs of suit;

(4) All other relief the Court deems appropriate.

Respectfully submitted,

COBY L. WOOTEN
State Bar No. 00797742
1301 Ballinger
Fort Worth, Texas 76102
(817) 632-8400 - TELEPHONE
(817) 529-2629 - FACSIMILE
coby@cobywootenlaw.com

Attorney for Petitioner